UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 16, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS SHANE GALLAGHER,<br><br>Defendant. | Case No. 3:21-cr-001-DMC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS SHANE GALLAGHER , Case No.  3:21-cr-001-DMC  Charge 18 USC §3583 , from custody for the following reasons:

    X    Release on Personal Recognizance

          Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

    X    (Other):  TO BE RELEASED ON MONDAY 7/19/2021 @ 9 AM

Issued at Sacramento, California on July 16, 2021 at  2:58 pm_____

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney