HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant
NICHOLAS SHANE GALLAGHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-cr-0001 DMC. |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE FROM REDDING MAGISTRATE COURT TO SACRAMENTO MAGISTRATE COURT |
| v. | |
| NICHOLAS SHANE GALLAGHER, | |
| Defendant. | Judge: Honorable Dennis M. Cota |

It is HEREBY STIPULATED by Assistant Federal Defender Linda C. Allison for the defendant, Nicholas Shane Gallagher, and the Assistant United States Attorney Alstyn Bennett for the plaintiff, that the above referenced case be transferred from Redding magistrate court to Sacramento magistrate court.

The defendant, Nicholas Shane Gallagher, was sentenced in the Northern District of California on July 16, 2020 for violating California Vehicle Code 2800.2 – Fleeing from Officers. He was sentenced to a $1,000 fine and 3 years of supervised probation. Jurisdiction was transferred to the Eastern District of California on June 2, 2021 and shortly thereafter a petition to revoke his probation was filed. At the time jurisdiction was transferred, Mr. Gallagher was living in Yreka and the case was assigned to the Redding magistrate court.

Mr. Gallagher was taken into custody in Redding on July 13, 2021. Due to the court's

unavailability in Redding, he was taken to Sacramento for arraignment. Following a court hearing, Mr. Gallagher was released on July 19, 2021 and directed to enter an in-patient treatment program in Sacramento. He is still residing at the treatment program and is expected to remain there for at least a couple of months and possibly longer. This may or may not be followed by a period in a sober living facility.

His current court date is scheduled for August 3, 2021 in Redding. He will still be in the rehab facility and its rules require patients to have an escort to all court proceedings. However, the facility would not be able to escort Mr. Gallagher to Redding. As the Redding Magistrate has no previous contact with this defendant and because he is, for the foreseeable future, going to be residing in Sacramento, the parties agree that the case should be transferred to magistrate court in Sacramento. This was requested in open court on July 16, 2021, but as the Redding Magistrate was unavailable that day for consultation it was suggested that the parties direct this request to him via motion or stipulation.

Dated: July 26, 2021　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　/s/ Linda C. Allison
　　　　　　　　　　　　　　　　　　　　LINDA C. ALLISON
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

Dated:  July 26, 2021　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Alstyn Bennett
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that the above referenced case be transferred from the Redding magistrate court to the Sacramento magistrate court.

~~Dated:  August 2, 2021~~

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE